Clara R. Warrick, Respondent, v. Lyons National Bank, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J. who dissented.

John McLaughlin, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John J. Does, by John Does, His Guardian ad Litem, Appellant, v. Crosstown Street Railway Company of Buffalo, Respondent, Impleaded with William A. Rudolph, Appellant.— That part of the order granting a new trial to the defendant railway company is affirmed, with costs to the railway company against the plaintiff to abide the event. The judgment against the defendant Rudolph and that part of the order denying his motion for a new trial are reversed and a new trial ordered, with costs to the defendant Rudolph against the plaintiff to abide the event, upon the authority of *Bamberg* v. *International Railway Co.* (121 App. Div. 1; 105 N. Y. Supp. 621). All concurred.

William J. Gorman, Respondent, v. The New York, Chicago and St. Louis Railroad Company and South Buffalo Railway Company, Appellants.—Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

In the Matter of the Petition of the Terminal Railway of Buffalo, Respondent, under Sections 60 and 62 of the Railroad Law,* as to its Railway Crossing Highways in the Town of West Seneca, Appellant.— Determination of the Board of Railroad Commissioners affirmed, without costs, on opinion of McLennan, P. J., in *Matter of Terminal Railway,* decided at this term of court (*ante,* p. 59). All concurred, except Kruse, J., who dissented.

Mary J. Doyle, as Administratrix, etc., of George Doyle, Deceased, Respondent, v. Northern Central Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Martin D. Rockwood, as Administrator, etc., Plaintiff, v. New York Contracting Company, New Haven Improvements, Defendant.— Motion denied, with ten dollars costs.

Ernest Bamberg, v. International Railway Company and Others.— Motion for reargument denied, with ten dollars costs.

In the Matter of the Appointment of One Trustee of the City and County Hall for the Use of the City of Buffalo and the County of Erie, in Place of Lyman M. Baker, Deceased.— Order entered appointing Henry C. Steul a trustee of the city and county hall for the use of the city of Buffalo and the county of Erie, for the unexpired portion of the term of Lyman M. Baker, deceased, viz., for the period ending May 4, 1908.

In the Matter of the Claim of Oliver W. Nourse, Appellant, v. Lexington Dime Savings and Loan Association and Frank E. Velzy, Receiver, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, J., who dissented.

Bertha Wild and Charles Pchellas, Respondents, v. Vredenburg & Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concurred.

---

* See Laws of 1890, chap. 565, §§ 60, 62, added by Laws of 1897, chap. 754, and amd. by Laws of 1899, chap. 359.—[REP.